PROB 12C
(6/16)

Report Date: May 24, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

Original Offense:    Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: February 14, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 13, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

      1               **Special Condition # 19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                       **Supporting Evidence**: On February 20, 2018, Mr. Zenon Simiano signed his conditions of supervision relative to case number 4:14CR06017-EFS-1, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Simiano was made aware by his U.S. probation officer of the condition requiring that he refrain from any unlawful use of a controlled substance.

                       On May 18, 2018, Mr. Simiano violated the above-stated condition of supervision by consuming methamphetamine and marijuana.  On this date, the offender reported to the U.S. Probation Office and provided a urine sample which tested presumptively positive for methamphetamine and THC.  Mr. Simiano signed an admission of use form in which he admitted to using methamphetamine and marijuana on or about May 12, 2018.  He informed this officer that a friend he was hanging out with offered him methamphetamine.  When the offender declined, he claims that the friend began calling him a "cop", which he took as an insult.  After continued pressure to partake, Mr. Simiano eventually conceded.

Prob12C
Re: Simiano, Zenon
May 24, 2018
Page 2

| | |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: On February 20, 2018, Mr. Zenon Simiano signed his conditions of supervision relative to case number 4:14CR06017-EFS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Simiano was made aware by his U.S. probation officer of the condition requiring that he refrain from committing another crime.

On March 28, 2018, Mr. Simiano violated the above-stated condition of supervision by being cited in Benton County for Driving While License Suspended (3rd degree), Illegal Use of TV/Headphones in Vehicle, and Operating Vehicle Without Ignition Interlock.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/24/2018

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

May 24, 2018

Date