# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | February 14, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | February 13, 2022 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: Defendant shall abstain from the use of alcohol, or comply with other limits on alcohol use imposed in addition to the standard condition to refrain from excessive use of alcohol.<br><br>**Supporting Evidence**: On February 20, 2018, Zenon Simiano signed his conditions of supervision relative to case number 4:14CR06017-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Simiano was made aware by his U.S. probation officer of the condition requiring that he refrain from any unlawful use of a controlled substance.<br><br>On June 1, 2018, Mr. Simiano violated the above-stated condition of supervision by consuming marijuana. On this date, the offender reported to the U.S. Probation Office and provided a urine sample which tested presumptively positive for THC. Mr. Simiano claims the positive urinalysis is a result of use on or about May 12, 2018, which he previously admitted to. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/06/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 21, 2018

Date