PROB 12C
(6/16)

Report Date: June 25, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J Cashman | Date Supervision Commenced: | February 14, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | February 13, 2022 |

### PETITIONING THE COURT

To **issue a summons** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018 and 06/06/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On February 20, 2018, Zenon Simiano signed his conditions of supervision relative to case number 4:14CR06017-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Simiano was made aware by his U.S. probation officer of the condition requiring that he notify the probation officer at least 10 days prior to any change in residence. |
| | On or about June 4, 2018, Mr. Simiano violated the above-stated condition of supervision by failing to notify the undersigned officer of a change in his residence. On June 18, 2018, this officer attempted to contact the offender at his residence to conduct an unscheduled home visit. Upon arrival at the residence, a clean and sober house, a fellow resident of the house informed this officer that Mr. Simiano had not lived at that house for approximately 2 weeks. |
| | Later that day, on June 18, 2018, the offender reported to U.S. Probation as instructed. Mr. Simiano claimed, while he was making an initial appearance in Court on June 13, 2018, the other residents of the clean and sober house held a meeting and essentially voted him out. He further stated, when he woke up on June 14, 2018, he was then informed he would need to vacate the property as someone else would be occupying his space effective immediately. |

Prob12C
**Re: Simiano, Zenon**
**June 25, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court **issue a summons** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018 and 06/06/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/25/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

6/29/2018

Date