PROB 12C
(6/16)

Report Date: June 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zenon Simiano                    Case Number: 0980 4:14CR06017-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

Original Offense:     Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii)

Original Sentence:    Prison 60 months; TSR - 48 months         Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Patrick J. Cashman           Date Supervision Commenced: February 14, 2018

Defense Attorney:     John Barto McEntire, IV      Date Supervision Expires: February 13, 2022

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018; 06/06/2018; and 06/25/2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

5    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offenses of driving while license suspended in the second degree and operating a vehicle without an ignition interlock, on or prior to June 26, 2018.

On February 20, 2018, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any additional violations of Federal, state, or local law.

On June 26, 2018, a Washington State Patrol trooper observed the offender driving 92 MPH in a 70 MPH zone. After making contact with the offender, it was determined the offender's drivers license was suspended. It was also found that the offender was required to have an ignition interlock device installed in any vehicle he was operating. The offender was arrested and taken to the Adam County Jail under case number 8Z0541714.  The offender was also cited for driving 22 MPH over the speed limit. The offender was released later the same day.

Prob12C
**Re: Simiano, Zenon**
**June 29, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018; 06/06/2018; and 06/25/2018, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/29/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

June 29, 2018
Date