Report Date:  October 10, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zenon Simiano                    Case Number: 0980 4:14CR06017-EFS-1

Address of Offender:                    Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

Original Offense:        Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii)

Original Sentence:        Prison - 60 months;             Type of Supervision: Supervised Release
                          TSR - 48 months

Asst. U.S. Attorney:    Patrick J. Cashman            Date Supervision Commenced: February 14, 2018

Defense Attorney:      John Barto McEntire, IV        Date Supervision Expires: February 13, 2022

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018, 06/06/2018, 06/25/2018, 06/29/2018, 08/24/2018, and 09/12/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 9 | **Special Condition #19**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  The offender is considered to be in violation of his period of supervised release by failing to report for random urinalysis testing on September 17, and 28, 2018.

On February 20, 2018, the offender signed his Judgement in a Criminal Case, indicating he understood he was not to use illegal controlled substances and that he would be subject to urinalysis testing.

On June 28, 2018, the offender signed his Treatment Services Contract Program Plan indicating he understood he was to call First Step Community Counseling every day and report to their office for random drug testing when the color brown was called.

First Step Community Counseling provided the undersigned a drug testing sheet noting the offender failed to report to their office for random testing on each of the above-noted dates.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/10/2018
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

October 10, 2018
_____
Date