Report Date: October 15, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zenon Simiano                           Case Number: 0980 4:14CR06017-EFS-1

Address of Offender:                           Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | |
|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii) |
| Original Sentence: | Prison - 60 months; TSR - 48 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| Date Supervision Commenced: | February 14, 2018 |
| Defense Attorney: | John Barto McEntire, IV |
| Date Supervision Expires: | February 13, 2022 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/24/2018, 06/06/2018, 06/25/2018, 06/29/2018, 08/24/2018, 09/12/2018, and 10/10/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #19**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  The offender is considered to be in violation of his period of supervised release by failing to report for random urinalysis testing on October 10, 2018.

On February 20, 2018, the offender signed his Judgement in a Criminal Case, indicating he understood he was not to use illegal controlled substances and that he would be subject to urinalysis testing.

On October 1, 2018, the offender signed a new Treatment Services Contract Program Plan indicating he understood he was to call Merit Recourse Services every day and report to their office for random drug testing when the color brown was called.

Prob12C
Re: Simiano, Zenon
October 15, 2018
Page 2

        Merit Resource Services provided the undersigned a drug testing sheet stating the offender failed to report to their office for random testing on October 10, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
October 15, 2018

Date