PROB 12C
(6/16)

Report Date: April 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2020**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Probation |
| Revocation Sentence:<br>November 6, 2018 | Prison- 6 months<br>TSR 24 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 12, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: April 1, 2021 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/05/2019.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

   7        **Mandatory Condition # 2**: You must not commit another Federal, state, or local crime.

            **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of assault in the second degree with a deadly weapon, on or prior to March 4, 2020.

            On April 15, 2019, the offender signed his Judgement in a Criminal Case stating he understood he could not commit any additional criminal acts.

            On March 4, 2020, officers with the Pasco Police Department responded to a call of an assault at the Sacajewea Apartments in Pasco, Washington. According to the police reports, a male subject, later identified as the offender, had attacked a female in the apartment complex hallway. Video footage was obtained which showed the offender chase the victim into a hallway, knock her down, grabbed her by the hair, and drug her down the hallway for

Prob12C
Re: **Simiano, Zenon**
April 21, 2020
Page 2

approximately 20 yards. While being dragged by her hair, the victim was slammed against a wall and then drug out of the back door of the complex into a back parking lot. During the assault, the offender is seen holding a firearm in his left hand. Once the victim was dragged into the back parking lot, she is once again slammed off of an electrical box and kicked by the offender. After being kicked, the victim looked to be incapacitated. Witnesses then could be seen intervening and the offender backed away from the victim. Once the offender backed away from the victim, she stood up and ran toward the witnesses. They brought her into the apartment building and locked the door. The offender then approached the back door and began yelling at the witnesses and "flashes his firearm in his waistband" at them. The offender proceeded to leave the apartment complex and responding officers were unable to locate him.

On March 13, 2020, the offender was charged in Franklin County Superior Court under case number 20-1-50186-11 for assault in the second degree with a deadly weapon, and a bench warrant was issued. To date, the bench warrant remains outstanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 21, 2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Simiano, Zenon**
**April 21, 2020**
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*
_____
Signature of Judicial Officer

April 22, 2020
_____
Date