PROB 12C
(6/16)

Report Date: May 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 6, 2018 | Prison- 6 months<br>TSR 24 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced:  April 12, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires:  April 1, 2021 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/05/2019 and 04/22/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offenses of driving under the influence, controlled substance possession, no prescription, driving while license suspended/revoked 1st degree, and hit/run unattended vehicle/property, on or prior to May 13, 2020.<br><br>On April 15, 2019, the offender signed his Judgement in a Criminal Case stating he understood he could not commit any additional criminal acts.<br><br>According to reports from the Pasco Police Department, on May 13, 2020, officers were dispatched to an accident at 12:45 a.m. When officers arrived, they located a truck which had struck a pole, veered off the road, crossed over some railroad tracks, and came to rest in a field. The truck was unoccupied but there was a shoe print on the driver's seat, which |

Prob12C
Re: Simiano, Zenon
May 21, 2020
Page 2

indicated someone had exited out of the window. After running the registration, it was determined the owner of the vehicle lived approximately a quarter mile away from the accident scene. Officers contacted the registered owner at his residence who advised the vehicle had been lent to a friend but he had not returned it. The registered owner allowed officers to look around the property for the friend. While conducting the check, a pair of shoes was located which matched the same tread pattern as the prints left on the front seat of the truck. Reports stated that as officers continued to check the property, they came upon a male subject asleep in the driver's seat of a vehicle. The "male" was identified by the property owner as the individual who had borrowed the truck.

As the contact continued, the male was woken up and removed from the vehicle. When asked who he was, the "male" provided the name of the registered owner of the truck. Officers immediately knew the name provided was false. Officers repeatedly requested the identity of the "male," but he continued to provide a false name. Officers completed a computer check related to tattoos which were on the subject. He was finally identified as the offender. Once his name was known to officers, the offender began screaming "corona virus" repeatedly and coughing. The report indicated he also continued banging and kicking in the rear seat area of the vehicle. Due to his actions, the offender had to be removed from the vehicle and placed into "a wrap restraint system to prevent any injury to his person or property damage to the vehicle." The offender was taken to a local hospital due to his erratic actions. Officers noted that during the transport the offender stated, he had taken ecstasy that night and he was messed up. While in the patrol car at the hospital, the offender began stating, he was a minor and started licking the divider in the patrol vehicle.

After the offender was transported to the hospital and advised he would have a blood draw conducted as part of a DUI investigation, the offender stated to the officers, he had been using meth, taking lines of cocaine and had been drinking. The offender advised officers that he was "messed up because of the drug use when he wrecked the truck and he had not slept for days due to the meth."

After being cleared by medical staff, the offender was taken to the Franklin County Jail. As the offender was being processed into the jail, staff located a baggy in the offender's pants pocket containing a white powdery substance. When asked what the substance was, the offender stated, "cocaine". The offender added, "there might have been meth mixed into the cocaine as well." The substance tested presumptive positive for cocaine.

The offender was booked into the Franklin County Jail under case number XZ0444634, for driving under the influence; and case number 20-1-50274-11, for controlled substance possession, no prescription, driving while license suspended/revoked 1st degree, and hit/run unattended vehicle/property.

The offender remains in custody and is scheduled to make his next court appearance in Franklin County Superior Court on June 16, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Simiano, Zenon
May 21, 2020
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/21/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

May 22, 2020

Date