PROB 12C
(6/16)

Report Date:  March 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 25, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zenon Simiano          Case Number: 0980 4:14CR06017-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 6, 2018 | Prison - 6 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 12, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: April 1, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/5/2019, 4/22/2020 and 5/22/2020.

On April 15, 2019, the offender signed his Judgement in a Criminal Case stating he understood his conditions of release as imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of fourth degree assault, on or prior to March 4, 2020.

On March 4, 2020, officers with the Pasco Police Department responded to a call of a female being attacked by a male subject. The male subject was later identified as the offender. Reports stated the offender had chased the female victim into an apartment, knocked her down, grabbed her by the hair dragging her down the hallway, slamming her against walls and finally pulling her out of the building. The offender then forcefully pushed the victim up

Prob12C
**Re: Simiano, Zenon**
**March 24, 2022**
**Page 2**

against an electrical box and proceeded to kick her. Witnesses then intervened and the offender backed away from the victim. Once there was some separation between them, the witnesses pulled the victim back into the apartment building and the offender could be seen yelling. Witnesses stated the offender pointed to a firearm in his waistband before leaving. The entire assault was caught on the apartment video surveillance.

The offender was originally charged in Franklin County Superior Court under case number 20-1-50186-11, second degree assault with a deadly weapon; and a bench warrant was issued. The offender was arrested on May 13, 2020, on the outstanding warrant.

On December 21, 2021, the Franklin County Prosecuting Attorneys Office filed a First Amended Information reducing the charge to fourth degree assault.

On January 11, 2022, the offender plead guilty to fourth degree assault and was sentenced to 364 days custody, 274 days suspended, with credit for time served of 90 days.

10          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of driving under the influence under Franklin County District Court case number XZ0444634, and first degree driving while license suspended, under Franklin County District Court number PC0010663, on May 13, 2020.

According to reports from the Pasco Police Department, on May 13, 2020, officers were dispatched to an accident at 12:45 a.m. When officers arrived, they located a truck which had struck a pole, veered off the road, crossed over some railroad tracks and came to rest in a field. The truck was unoccupied but there was a shoe print on the driver's seat which indicated someone had exited out of the window. After running the registration, it was determined the owner of the vehicle lived approximately a quarter mile away from the accident scene. Officers contacted the registered owner at his residence who advised the vehicle had been lent to a friend, but he had not returned it. The registered owner allowed officers to look around the property for the friend. While conducting the check, a pair of shoes were located which matched the same tread pattern as the prints left on the front seat of the truck. Reports stated that as officers continued to check the property, they came upon a male subject asleep in the driver's seat of a vehicle. The "male" was identified by the property owner as the individual who had borrowed the truck.

As the contact continued, the male was woken up and removed from the vehicle. When asked who he was, the "male" provided the name of the registered owner of the truck. Officers immediately knew the name provided was false. Officers repeatedly requested the identity of the "male," but he continued to provide a false name. Officers completed a computer check related to tattoos which were on the subject. He was finally identified as the offender. Once his name was known to officers, the offender began screaming "corona virus" repeatedly and coughing. The report indicated he also continued banging and kicking in the rear seat area of the vehicle. Due to his actions, the offender had to be removed from the vehicle and placed into "a wrap restraint system to prevent any injury to his person or property damage to the vehicle." The offender was taken to a local hospital due to his erratic actions. Officers noted that during the transport, the offender stated he had taken ecstasy that

**Prob12C**
**Re: Simiano, Zenon**
**March 24, 2022**
**Page 3**

night and he was messed up. While in the patrol car at the hospital, the offender began stating he was a minor and started licking the divider in the patrol vehicle.

After the offender was transported to the hospital and advised he would have a blood draw conducted as part of a driving under the influence (DUI) investigation, the offender stated to the officers he had been using methamphetamine, taking lines of cocaine, and had been drinking. The offender advised officers that he was "messed up because of the drug use when he wrecked the truck and he had not slept for days due to the meth."

After being cleared by medical staff, the offender was taken to the Franklin County Jail. As the offender was being processed into the jail, staff located a baggy in the offender's pants pocket containing a white powdery substance. When asked what the substance was, the offender stated, "cocaine." The offender added, "there might have been meth mixed into the cocaine as well." The substance tested presumptive positive for cocaine.

The offender was booked into the Franklin County Jail under case number XZ0444634, for driving under the influence; and case number 20-1-50274-11, for controlled substance possession, no prescription, driving while license suspended/revoked 1st degree, and hit/run unattended vehicle/property.

On May 17, 2021, the offender plead guilty under case number XZ0444634, to one count of driving under the influence and received a sentence in Franklin County District Court of 364 days with credit for time served.

On April 30, 2021, the Franklin County Prosecuting Attorney's Office dismissed all counts in regard to Franklin County Superior Court case number 20-1-50274-11. Charges were filed under Franklin County District Court under case number PC0010663, alleging one count of first degree driving with a suspended license.

On May 19, 2021, The offender plead guilty to the one count of first degree driving with a suspended license and was sentenced to 364 days jail, 354 days suspended, and credit for 10 days time served.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/24/2022

s/David McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Simiano, Zenon**
**March 24, 2022**
**Page 4**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_Edward F. Shea_
_____
Signature of Judicial Officer

March 25, 2022
_____
Date