PROB 12C
(6/16)

Report Date: August 26, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zenon Simiano | Case Number: 0980 4:14CR06017-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

Original Offense:  Distribution of Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 6, 2018) | Prison - 6 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(April 19, 2022) | Prison - 8 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 1, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: May 31, 2024 |

### PETITIONING THE COURT

To issue a summons.

Mr. Simiano commenced supervised release on June 1, 2022. On June 3, 2022, Mr. Simiano reported to the U.S. Probation Office in Richland, Washington. His conditions of release were reviewed with and signed by Mr. Simiano, acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must reside in Victory Outreach Program for a period of 12 months at the direction of the supervising officer. Your participation in the programs offered by Victory Outreach is limited to employment, education, treatment, and religious services at the directed of the supervising officer. You must abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: Mr. Simiano is considered to be in violation of his conditions of supervised release by leaving Victory Outreach Program on August 26, 2022, without permission. |

Prob12C
Re: Simiano, Zenon
August 26, 2022
Page 2

On August 26, 2022, at approximately 1:45 a.m., the undersigned received a text message from Timothy Rodriguez, the program director of Victory Outreach, notifying that Mr. Simiano had left the house and took all of his belonging with him. At approximately 1:47 a.m., the undersigned was notified by BI Incorporated, the contracted location monitoring agency, that Mr. Simiano had left his home zone that was placed around Victory Outreach Program at 2018 W. 10th Avenue, Kennewick, Washington.

At approximately 2:34 a.m. on August 26, 2022, Mr. Simiano called the undersigned and left a voicemail explaining that he no longer wished to reside and participate in the Victory Outreach Program and would be moving into 3030 W. 4th Ave., Apartment 8104, Kennewick, Washington, with his girlfriend. It was confirmed by BI Incorporated's website that Mr. Simiano arrived at this residence at approximately 2:14 a.m. on August 26, 2022.

Contact was made with Mr. Simiano by telephone on August 26, 2022, at approximately 10:35 a.m. He reported he felt like a slave at Victory Outreach Program and did not want to be a part of it any longer.

2    **Special Condition # 7**: Defendant shall participate in a program of GPS location monitoring for a period of 12 months, and you must follow the rules and regulations of the location monitoring program. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office. Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**Supporting Evidence**: Mr. Simiano is considered to be in violation of his conditions of supervised release by leaving his home at Victory Outreach Program on August 26, 2022, at approximately 1:47 a.m., without permission.

On August 26, 2022, at approximately 1:45 a.m., the undersigned received a text message from Timothy Rodriguez, the program director of Victory Outreach, notifying that Mr. Simiano had left the house and took all of his belonging with him. At approximately 1:47 a.m., the undersigned was notified by BI Incorporated, the contracted location monitoring agency, that Mr. Simiano had left his home zone that was placed around Victory Outreach at 2018 W. 10th Avenue, Kennewick, Washington.

At approximately 2:34 a.m. on August 26, 2022, Mr. Simiano called the undersigned and left a voicemail explaining that he no longer wished to reside and participate in Victory Outreach Program and would be moving into 3030 W. 4th Ave., Apartment 8104, Kennewick, Washington, with his girlfriend. It was confirmed by BI Incorporated's website that Mr. Simiano arrived at this residence at approximately 2:14 a.m. on August 26, 2022.

Prob12C
Re: Simiano, Zenon
August 26, 2022
Page 3

Contact was made with Mr. Simiano by telephone on August 26, 2022, at approximately 10:35 a.m. He reported he felt like a slave at Victory Outreach and did not want to be a part of it any longer so he left the home without permission of the undersigned and in violation of the location monitoring program rules and regulations.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/26/2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

August 29, 2022

Date